| AO 91, Rev. 11/82 (M. T. Aspinwall Authorizing) | CRIMINAL COMPLAINT | | # 15-070 |
|---|---|---|---|
| **United States District Court** | DISTRICT<br>Eastern District of Pennsylvania | | |
| UNITED STATES OF AMERICA<br>v.<br>SARAH E. BUFFETT<br><br>FILED<br>JUL 2 2 2015<br>MICHAEL E. KUNZ, Clerk<br>By _____ Dep. Clerk | DOCKET NO. | | |
| | MAGISTRATE'S CASE NO.<br>15-833 | | |

Complaint for violation of Title 49 United States Code § 46504

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE | LOCATION |
|---|---|---|
| Honorable JACOB P. HART | U.S. Magistrate Judge | Philadelphia, PA |

| DATE OF OFFENSE | PLACE OF OFFENSE | ADDRESS OF ACCUSED (if known) |
|---|---|---|
| July 22, 2015 | on US Airways Flight 732 | 516 Shelton Street, Charlotte, NC |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about July 22, 2015, in the special aircraft jurisdiction of the United States, namely on board US Airways Flight 732, traveling from Charlotte, NC, to London, England, in the Eastern District of Pennsylvania and elsewhere, defendant SARAH E. BUFFETT assaulted and intimidated US Airways flight crew members and attendants, and interfered with the performance and duties of the flight crew members and attendants, and lessened the ability of the flight crew members and attendants to perform those duties.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

SEE AFFIDAVIT ATTACHED HERETO.

MATERIAL WITNESSES IN RELATION AGAINST THE ACCUSED:

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT (official title)<br>Brian Jones |
|---|---|
| | OFFICIAL TITLE<br>Special Agent, Homeland Security Investigations |

Sworn to before me and subscribed in my presence.

| SIGNATURE OF MAGISTRATE [1]<br>Honorable JACOB P. HART, United States Magistrate Judge | DATE<br>7-22-15 |
|---|---|

[1] See Federal Rules of Criminal Procedure rules 3 and 54.
442 (Rev 12/85) Warrant for Arrest

# AFFIDAVIT

I, Brian L. Jones, being duly sworn, depose and state as follows:

1. I have been employed as a Special Agent of the United States, Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations and the agency formally known as Immigration and Naturalization Service within the Department of Justice since May of 1996. I am currently assigned as a detailed Special Agent to the Federal Bureau of Investigation, Joint Terrorism Task Force, Domestic Terrorism Squad and serve as a law enforcement liaison to the Philadelphia International Airport.

2. I have conducted investigations involving international terrorism and domestic threats of terrorism as it relates to aviation. Through training and investigations, I have become familiar with the airport and commercial airline operations, specifically the operations at the Philadelphia International Airport.

3. The information in this Affidavit is based upon my personal knowledge, an interview with Sarah Elizabeth BUFFETT, interviews of US Airways employees and other witnesses, and a review of various records, as well as information supplied to me by law enforcement officers in Tinicum, Pennsylvania. What follows is not all of the information I have uncovered during my investigation.

4. During the course of my duties, I became involved in the investigation of the defendant Sarah Elizabeth BUFFETT. BUFFETT is a native and citizen of the United

States who is a resident of Charlotte, North Carolina.

5. On July 22, 2015, I received a notice that US Airways Flight 732, which had departed Charlotte, North Carolina to London, United Kingdom was returning to Philadelphia because of a passenger, later identified as Sarah Elizabeth BUFFETT, had caused a disturbance on board and had to be physically restrained. The flight crew needed the assistance of passengers on board to place the individual in handcuffs and physically restrain her.

6. Once the aircraft had returned to the terminal, BUFFETT was removed from the aircraft by numerous law enforcement officers. She was transported to the Tinicum Township Police Department for further investigation. Law enforcement officials were able to interview the flight crew and passengers to determine what had occurred.

8. BUFFETT was seated in the first class section of this aircraft. The flight attendant stated that after takeoff, BUFFETT had become physically aggressive and was damaging her seat and immediate area around her seat. She attempted to smash the aircraft window with the entertainment system remote and was verbally threatening. BUFFETT got out of her seat and was acting in a menacing manner in front of the cockpit door. At this time, it was determined by the flight crew that she needed to be restrained and the pilot decided to divert the flight to Philadelphia, PA.

9. The flight attendants were unable to physically restrain BUFFETT by

themselves and required the assistance of passengers to place her in plastic restraints. BUFFETT was able to remove these restraints twice and finally had to be physically held down by a passenger, and tape was wrapped around her lower legs.

10. Federal Bureau of Investigation Special Agent Walter Szpak and I provided BUFFETT with her notice of rights verbally and in writing. BUFFETT stated she understood these rights and agreed to an interview. BUFFETT stated that she had drunk at least three glasses of wine and had taken a Zaleplon prescription pill, which she had prescribed to her for insomnia. She stated that she had talked to the flight attendant about not being served dinner, and from this point forward, she did not remember the incident. Her next memory was of being physically restrained by an unknown male and then the flight's diversion to Philadelphia, PA.

11. Based upon the foregoing, I believe that probable cause exists to arrest Sarah Elizabeth BUFFETT for the following charge:

Intimidation of a flight crew member or attendant of an aircraft, interfering with the performance of the duties of the member or attendant, lessening the ability of the member or attendant to perform those duties within the special aircraft jurisdiction of the United States in violation of Title 49, United States Code, Section 46504.

Brian L. Jones
Special Agent
Homeland Security Investigations

Sworn and Subscribed before me this
22nd of July, 2015

HONORABLE JACOB P. HART
United States Magistrate Judge